**EXHIBIT B**



# Nowa rewolucja

# chińska




Państwo Środka słynie z różnych produktów, ale na tej liście dotąd nie było win. To się jednak zmienia, a w sąsiedztwie pustyni Gobi powstają winnice.

ZDJĘCIA
**MATILDE GATTONI**

TEKST
**MATTEO FAGOTTO**



Wnętrze winnicy Pigeon Hills Winery. Winorośl uprawia się tu na ponad 1200 hektarach – to jedna z największych firm winiarskich w centralnych Chinach. Rocznie powstaje tu pięć milionów butelek win niedrogich, ale całkiem przyzwoitych.

Na poprzedniej stronie: panorama miasta Yinchuan, dwumilionowej stolicy regionu autonomicznego Ningxia. To miasto uznane zostało w 2015 roku za jedną z pięciu najszybciej rozwijających się metropolii na świecie: pracownicy zbierają winogrona w winnicy leżącej w regionie Ningxia.

**PORANNE SŁOŃCE ŚWIECI MOCNO** na tle błękitnego nieba, a delikatny wiatr przetacza się przez bezkresne równiny na obrzeżach miasta Yinchuan, stolicy chińskiego regionu autonomicznego Ningxia w środkowych Chinach. Mgła powoli ustępuje, odsłaniając majestatyczną panoramę gór Helan. Dziesiątki kobiet w dżinsach, sportowych kurtkach i kolorowych welonach uwijają się przy krzewach winorośli, odcinając kiście winogron i umieszczając je w plastikowych skrzynkach. Rozpoczął się okres zbiorów, najważniejszy moment w roku dla tego małego, autonomicznego regionu w sercu Chin, sąsiadującego z pustynią Gobi. Przyglądając się tutejszemu krajobrazowi, a także równym rzędem winorośli rozciągającym się po horyzont, trudno wyobrazić sobie, że ledwie dwadzieścia lat temu ten teren był jedynie piaszczystym pustkowiem zamieszkanym przez wiejską biedotę. „Jako dziecko bawiłem się z kolegami na pustyni. Kopaliśmy doły w piachu i robiliśmy sobie kryjówki" – wspomina 41-letnia Ren Yanling, spoglądając na mnie zza biurka w laboratorium, w którym pracuje. Urodziła się w wiosce Yuquanying leżącej niedaleko winnicy u podnóża gór Helan. Obecnie pracuje tu jako winemaker, osoba monitorująca dojrzałość winogron, by wybrać najlepszy czas na zbiory, dla francuskiego koncernu Pernod Ricard. „Jako piętnastolatka zakradałam się do kuchni, żeby pociągnąć łyk wina, które produkowali moi rodzice – śmieje się. – Nie pozwalali mi na to, ale pamiętam, że wino bardzo mi smakowało".

Ren to jedna z wielu osób, które współtworzą chińską rewolucję w winiarstwie. Dzięki wizji oraz ciężkiej pracy takich osób jak ona, obszar, który jeszcze niedawno dotknięty był ubóstwem, staje się powoli nowym winnym Eldorado. W regionie Ningxia winnice zajmują obecnie czterdzieści tysięcy hektarów, działa tu blisko dwieście zakładów produkcyjnych, większość z nich to butikowe przedsięwzięcia wytwarzające wino w małych ilościach – mniej niż sto tysięcy butelek rocznie. Wina z regionu Ningxia zdobyły już wiele nagród na znanych konkursach winiarskich, można je bez trudu znaleźć w kartach restauracji na całym świecie, od Nowego Jorku po Sydney.

Początki nie były obiecujące. Chiny zaczęły odkrywać wino dopiero w latach osiemdziesiątych ubiegłego wieku, gdy władzom ChRL zaczęło zależeć na tym, by zmniejszyć konsumpcję narodowego trunku, którym jest „baijiu", alkohol (paskudny w smaku, ale to kwestia gustu) produkowany ze zbóż w kraju, w którym miliony ludzi cierpiały z powodu niedożywienia. Władze w Pekinie zaczęły promować picie wina, a specjalistów od upraw winogron wysłano na szkolenia do Europy, by poznali tajniki produkcji alkoholu, który w Chinach dotąd pozostawał praktycznie nieznany.

„Trzy dekady temu w Chinach produkowano coś, co można by określić jako mieszankę soku z winogron, substancji słodzących i alkoholu" – wspomina 56-letnia Zhou Shuzhen, należąca do pierwszego pokolenia chińskich winiarzy. Dzisiaj pracuje dla kilku winnic, w tym dla znanej w wielu krajach chińskiej marki Kanaan. Zhou zaczynała karierę jako nauczycielka. W 1983 roku została zakwalifikowana, razem z ośmioma innymi osobami, na jeden z pierwszych w Chinach kursów winiarstwa. Elementem zajęć była między innymi próba, jedna z pierwszych w kraju, wyprodukowania wina. „Staraliśmy się uzyskać wytrawne czerwone wino. Podstawę fermentacji stanowiły lokalne szczepy winogron. Niestety nie mieliśmy doświadczenia jeśli chodzi o prawidłowe przeprowadzenie procesu fermentacji – wspomina z uśmiechem Zhou. – Powstał trunek o dużej zawartości alkoholu, nieciekawy w smaku. Miał bardzo głęboką barwę, ale o bukiecie nie było w ogóle mowy". Wino uzyskane podczas prób zaprezentowano następnie chińskim oficjelom, którzy słusznie uznali, że jest paskudne, porównano je wręcz do sosu sojowego, co było obelgą. Rozczarowani chińscy winiarze pozbyli się szybko napitku, wymieniając go na targu na torbę moreli.

Mimo tak trudnych początków, biznes winiarski w Chinach rozwijał się dalej, pod troskliwym okiem lokalnych władz. Tereny pustynne w regionie Ningxia, wybrane ze względu na warunki naturalne, zamieniano stopniowo w winnice, obsadzając je krzewami i sadzonkami sprowadzonymi z Europy. Wodę niezbędną do odpowiedniej irygacji terenu doprowadzono z rzeki Żółtej. Winiarzom gotowym pracować w Ningxia oferowano niższe stawki dzierżawy gruntu, stopniowo też do Chin zaczęli zjeżdżać enolodzy z Europy. Władze ustanowiły stypendia dla studentów na kierunkach związanych z produkcją wina, zorganizowano też kilka międzynarodowych konkursów winiarskich. Te zabiegi okazały się skuteczne: produkcja wina w Ningxia od 2007 roku przeżywa nieustanny rozkwit. Obecnie to drugi najważniejszy przemysł w tym regionie, po wydobyciu węgla. „Nigdy czegoś takiego nie widziałem. Tempo, w jakim rozwija się ten region i w jakim następuje poprawa jakości tutejszych win, jest niesamowity" – zachwyca się Jose Hernandez Gonzalez, 37-letni enolog z Hiszpanii, który w regionie Ningxia pracuje od 2012 roku.

W Chinach jest co najmniej kilka regionów, które próbują specjalizować się w uprawie winorośli i produkcji wina, ale właśnie Ningxia zostało uznane przez ekspertów, nie tylko chińskich, ale też między-



62-letni Chen Deqi, prezes Daysun Group, tajsko-chińskiego potentata na rynku spożywczym i właściciel Ho-Lan Soul, największego producenta win organicznych w regionie Ningxia. Ho-Lan Soul otwarta została w 2010 roku i do tej pory zdobyła kilka ważnych nagród na konkursach winiarskich, w tym dwa złote medale na ubiegłorocznym Concours Mondial de Bruxelles w Belgii. „Jestem dumny z tego, co osiągnąłem. Warunki do uprawy winorośli mamy lepsze niż pod Bordeaux. Niebawem Chiny staną się największym rynkiem zbytu dla producentów wina".



Pracownice ręcznie przelewają wino do beczek w winnicy Pigeon Hills.

**Produkcja wina w Ningxia od 2007 roku przeżywa nieustanny rozkwit. Dzisiaj to druga największa gałąź gospodarki tego regionu, po wydobyciu węgla.**

...narodowych, za teren o szczególnych walorach. Wpływ na to ma połączenie piaszczystej i suchej gleby, dużej wysokości nad poziomem morza, odpowiedniego nasłonecznienia, a także niewielkich opadów, co zmniejsza konieczność stosowania pestycydów. Około dziewięćdziesięciu procent tutejszych upraw to winogrona czerwone, wśród nich dominuje Cabernet Sauvignon jako najpopularniejszy szczep, dochodzą też Merlot, Marselan, Malbec, Shiraz, Pinot Noir. Jeśli chodzi o wina białe, dominuje Chardonnay i Riesling. Jakość win jest zaskakująco wysoka, biorąc pod uwagę, że kultura winiarska w tej części świata ma zaledwie trzydzieści lat. Winom z regionu Ningxia brakuje niekiedy złożoności, ale rekompensują to owocowym bogactwem, świeżością i mineralnością. Te cechy powoli stają się znakiem rozpoznawczym win z tego regionu.

Dzisiaj w Ningxia nie brakuje winiarskich pionierów liczących na to, że produkcja wina stanie się czymś na kształt współczesnej gorączki złota, tak jak niegdyś miało to miejsce na Dzikim Zachodzie. Niektóre z tutejszych winnic to proste blaszane hale postawione przez miłośników wina, którym wprawdzie brakuje pieniędzy, ale nadrabiają to miłością do tego trunku. Są jednak także winnice, które zbudowano z rozmachem, za duże pieniądze. Dzięki temu przypominają francuskie zamczyska. Do tej grupy zalicza się Changyu Moser XV, okazały pałacyk rodem z bajek Disneya. Jego budowa kosztowała siedemdziesiąt milionów euro. Za te pieniądze postawiono budynek, w którym mieści się między innymi kino oraz muzeum wina. Kompleks otacza sześćdziesiąt sześć hektarów obsadzonych winoroślą.

Ten obiekt to wspólne przedsięwzięcie firmy Changyu, najstarszego chińskiego producenta wina, oraz Lenza Marii Mosera, 62-letniego winiarza, potomka jednego z najsłynniejszych australijskich rodów związanych z winiarstwem. „Jestem głęboko przekonany, że za jakiś czas będziemy mogli tu produkować wina na światowym poziomie – zapewnia Moser, który ma jasny cel: w ciągu kilku lat zmienić Changyu Moser XV w jedną z najlepszych winiarskich marek na świecie. – Nasze wina sprzedawane są do dwudziestu pięciu krajów, ale nie chcemy się na tym zatrzymać. Chińscy winiarze, jeśli chcą odnieść sukces, muszą przetrwać konfrontację ze światową branżą winiarską".

Warunki pogodowe i wysokie koszty produkcji sprawiają, że produkcja wina w Ningxia nie należy do łatwych zadań. Zimą temperatury potrafią spaść do minus trzydziestu stopni Celsjusza. Krzewy trzeba zabezpieczać przed zimnem, a to kosztowny i pracochłonny proces. Co roku z tego powodu obumiera kilka procent upraw. Dodatkowo cały sprzęt do produkcji wina trzeba sprowadzać z Europy, od pras do winogron po linie do napełniania butelek, a także beczki czy korek. Koszty pracy również do napełniania butelek, a także beczki czy korek. Koszty pracy również są wysokie, szczególnie w czasie zbiorów, kiedy wszystkie winnice należą do niskich, szczególnie w czasie zbiorów, kiedy wszystkie winnice w tym samym czasie potrzebują siły roboczej. W efekcie wina nawet ze średniej półki z regionu Ningxia kosztują wielokrotnie więcej niż dobre trunki od europejskich producentów. Dlatego wiele chińskich winnic boryka się z problemem słabej sprzedaży. „Wina z Ningxia są dobre, ale

trudno je wypromować – potwierdza 39-letni Sun Qiuxia, menedżer nowo otwartej firmy winiarskiej z miasta Yinchuan. – Niedawno wystartowaliśmy, potrzebujemy czasu, żeby nauczyć się wszystkiego. Europejczycy mieli setki lat na to, by zrozumieć, jak produkować wino i nauczyć się je sprzedawać".

Mimo tych problemów rozwój chińskiego rynku win przyciąga uwagę potentatów takich jak francuski koncern LVMH (właściciel między innymi szampana Moët & Chandon), Midea (największy chiński producent sprzętu AGD), koncern naftowy z Hongkongu Copower czy tajsko-chińskie przedsiębiorstwo Daysun działające na rynku spożywczym. Chen Deqi, 62-letni prezes Daysun, właściciel Ho-Lan Soul, największego producenta win organicznych z regionu Ningxia, w kolejnych dziesięciu latach chce zainwestować w stworzenie kolejnych trzydziestu winnic. Cały kompleks ma zająć 6700 hektarów. Znajdą się na nim jeziora, obiekty wystawiennicze, kilka hoteli, ośrodek narciarski – a także zachowany fragment Chińskiego Muru. Całość ma kosztować siedemset pięćdziesiąt milionów euro, ale Chena to nie martwi. „Warunki do uprawy winorośli mamy tu lepsze niż pod Bordeaux, a rynek nieustannie rośnie – opowiada, oprowadzając mnie po imponujących terenach winnicy Ho-Lan Soul. – Niebawem Chiny staną się największym na świecie rynkiem zbytu dla win".

Już dzisiaj to szósty największy producent wina i piąty rynek jeśli chodzi o jego konsumpcję – jednak roczne spożycie to zaledwie 1,7 butelki na mieszkańca. Mimo zabiegów władz, baijiu i piwo pozostają ulubionymi trunkami Chińczyków. Wina z regionu Ningxia stopniowo zdobywają serce – i portfele – konsumentów w dużych miastach ChRL, ale zdecydowana większość obywateli Państwa Środka nie ma w zwyczaju pić wina. Nauczenie ich tego zajmie dużo czasu.

„Promowanie win wymaga zorganizowania mnóstwa degustacji i wykorzystywania siły marketingu szeptanego" – dodaje Gao Yuan, 41-letnia współwłaścicielka winnicy Silver Heights, jednej z najsłynniejszych w regionie Ningxia. Gao zaczęła produkować wino w 2007 roku, wtedy do dyspozycji miała miała hektar obsadzony winoroślą, który kupiła za oszczędności swojej matki. To wystarczyło na napełnienie trzech tysięcy butelek, jednak wino było tak udane, że dystrybutorzy wręcz żądali zwiększenia produkcji. Dzisiaj firma Gao dostarcza trunek do cenionych hoteli i restauracji w Chinach, Francji, Japonii, Kanadzie czy Hongkongu. Historia jej winnicy to najlepszy dowód na to, jaki potencjał ma wino z regionu Ningxia i co można zdziałać, jeśli połączy się pasję, kreatywność oraz ambicję. To także dowód na to, jak bardzo w ostatnich latach zmieniły się Chiny.

„Wino to produkt kultury regionu. Powinniśmy traktować je jako narzędzie, dzięki któremu będziemy komunikować się ze światem, a nie patrzeć jedynie na jego wartość rynkową" – podkreśla 65-letni Hao Linhai, były zastępca gubernatora regionu Ningxia, uważany za jednego z architektów rozwoju winiarstwa w tej części Chin.

Powoli zapada zmierzch, pracownicy znoszą kosze pełne winogron. Owoce zostaną poddane sortowaniu i trafią do prasy, a potem rozpocznie się fermentacja w stalowych tankach. To pierwszy etap na drodze do stworzenia wina – tak odbywa się to pod każdą szerokością geograficzną. Zhou Shuzhen obserwuje powrót pracowników przez okno swojego gabinetu. Przyznaje to, co jest oczywiste dla każdego – wina z Chin nie mogą równać się z produktami francuskimi czy włoskimi, ale jednocześnie jest przekonana, że Ningxia staje się marką coraz częściej dostrzeganą na światowym rynku. Bije od niej wiara w sukces. „Coraz więcej chińskich winiarzy jeździ po świecie, ucząc się techniki, poznając świat winiarstwa. Długa droga przed nami, ale wierzę, że mamy przed sobą przyszłość". ▪