**EXHIBIT C**

11/06/2019 Winnice przy pustyni. Czy Chiny staną się winiarską potęgą? | Esquire.pl

Case 1:21-cv-09996-JGK   Document 1-3   Filed 11/24/21   Page 2 of 11

Playboy.pl    CKM.pl    HarpersBazaar.pl    Cosmopolitan.pl    Kozaczek.pl    Papilot.pl    SuperMamy.pl    Joy.pl    Zeberka.pl



Zdjęcia: Starstock

BAR WZIĘTY

# Winnice przy pustyni. Czy Chiny staną się winiarską potęgą?

**Państwo Środka słynie z różnych produktów, ale na tej liście dotąd nie było win. Już wkrótce ma się to zmienić – pisze Matteo Fagotto.**

/ 31.05.2019 /

REDAKCJA

chiny | wino

Poranne słońce świeci mocno na tle błękitnego nieba, a delikatny wiatr przetacza się przez bezkresne równiny na obrzeżach miasta Yinchuan, stolicy chińskiego regionu autonomicznego Ningxia w środkowych Chinach. Mgła powoli ustępuje, odsłaniając majestatyczną panoramę gór Helan. Dziesiątki kobiet w dżinsach, sportowych kurtkach i kolorowych welonach uwijają się przy krzewach winorośli, odcinając kiście winogron i umieszczając je w plastikowych skrzynkach. Rozpoczął się okres zbiorów, najważniejszy moment w roku dla tego małego, autonomicznego regionu w sercu Ch sąsiadującego z pustynią Gobi.

## Katalog polskich win. Poznaj najbardziej oryginalnych polskich winiarzy



Przyglądając się tutejszemu krajobrazowi, a także równym rzędom winorośli rozciągającym się po horyzont, trudno wyobrazić sobie, że ledwie dwadzieścia lat temu ten teren był jedynie piaszczystym pustkowiem zamieszkanym przez wiejską biedotę. „Jako dziecko bawiłem się z kolegami na pustyni. Kopaliśmy doły w piachu i robiliśmy sobie kryjówki" – wspomina 41-letnia Ren Yanling, spoglądając na mnie zza biurka w laboratorium, w którym pracuje. Urodziła się w wiosce Yuquanying leżącej niedaleko winnicy u podnóża gór Helan. Obecnie pracuje tu jako winemaker, osoba monitorująca dojrzałość winogron, by wybrać najlepszy czas na zbiory, dla francuskiego koncernu Pernod Ricard. „Jako piętnastolatka zakradałam się do kuchni, żeby pociągnąć łyk wina, które produkowali moi rodzice – śmieje się. – Nie pozwalali mi na to, ale pamiętam, że wino bardzo mi smakowało".

## Nowa chińska rewolucja

Ren to jedna z wielu osób, które współtworzą chińską rewolucję w winiarstwie. Dzięki wizji oraz ciężkiej pracy takich osób jak ona, obszar, który jeszcze niedawno dotknięty był ubóstwem, staje się powoli nowym winnym Eldorado. W regionie Ningxia winnice zajmują obecnie czterdzieści tysięcy hektarów, działa tu blisko dwieście zakładów produkcyjnych, większość z nich to butikowe przedsięwzięcia wytwarzające wino w małych ilościach – mniej niż sto tysięcy butelek rocznie. Wina z regionu Ningxia zdobyły już wiele nagród na znanych konkursach winiarskich, można je bez trudu znaleźć w kartach restauracji na całym świecie, od Nowego Jorku po Sydney.





Początki nie były obiecujące. Chiny zaczęły odkrywać wino dopiero w latach osiemdziesiątych ubiegłego wieku, gdy władzom ChRL zaczęło zależeć na tym, by zmniejszyć konsumpcję narodowego trunku, którym jest „baijiu", alkohol (paskudny w smaku, ale to kwestia gustu) produkowany ze zbóż w kraju, w którym miliony ludzi cierpiały z powodu niedożywienia. Władze w Pekinie zaczęły promować picie wina, a specjalistów od upraw winogron wysłano na szkolenia do Europy, by poznali tajniki produkcji alkoholu, który w Chinach dotąd pozostawał praktycznie nieznany.

„Trzy dekady temu w Chinach produkowano coś, co można by określić jako mieszankę soku z winogron, substancji słodzących i alkoholu" – wspomina 56-letnia Zhou Shuzhen, należąca do pierwszego pokolenia chińskich winiarzy. Dzisiaj pracuje dla kilku winnic, w tym dla znanej w wielu krajach chińskiej marki Kanaan. Zhou zaczynała karierę jako nauczycielka. W 1983 roku została zakwalifikowana, razem z ośmioma innym osobami, na jeden z pierwszych w Chinach kursów winiarstwa. Elementem zajęć była między innymi próba, jedna z pierwszych w kraju, wyprodukowania wina. „Staraliśmy się uzyskać wytrawne czerwone wino. Podstawę fermentacji stanowiły lokalne szczepy winogron. Niestety nie mieliśmy doświadczenia jeśli chodzi o prawidłowe przeprowadzenie procesu fermentacji – wspomina z uśmiechem Zhou. – Powstał trunek o dużej zawartości alkoholu, nieciekawy w smaku. Miał bardzo głęboką barwę, ale o bukiecie nie było w ogóle mowy". Wino uzyskane podczas prób zaprezentowano następnie chińskim oficjelom, którzy słusznie uznali, że jest paskudne, porównano je wręcz do sosu sojowego, co było obelgą. Rozczarowani chińscy winiarze pozbyli się szybko napitku, wymieniając go na targu na torbę moreli.





● BAR WZIĘTY

**Norbert Niederkofler: jak zjeść Dolomity**

## Pionierski region

Mimo tak trudnych początków, biznes winiarski w Chinach rozwijał się dalej, pod troskliwym okiem lokalnych władz. Tereny pustynne w regionie Ningxia, wybrane ze względu na warunki naturalne, zamieniano stopniowo w winnice, obsadzając je krzewami i sadzonkami sprowadzonymi z Europy. Wodę niezbędną do odpowiedniej irygacji terenu doprowadzono z rzeki Żółtej. Winiarzom gotowym pracować w Ningxia oferowano niższe stawki dzierżawy gruntu, stopniowo też do Chin zaczęli zjeżdżać enolodzy z Europy. Władze ustanowiły stypendia dla studentów na kierunkach związanych z produkcją wina, zorganizowano też kilka międzynarodowych konkursów winiarskich. Te zabiegi okazały się skuteczne: produkcja wina w Ningxia od 2007 roku przeżywa nieustanny rozkwit. Obecnie to drugi najważniejszy przemysł w tym regionie, po wydobyciu węgla. „Nigdy czegoś takiego nie widziałem. Tempo, w jakim rozwija się ten region i w jakim następuje poprawa jakości tutejszych win, jest niesamowity" – zachwyca się Jose Hernandez Gonzalez, 37-letni enolog z Hiszpanii, który w regionie Ningxia pracuje od 2012 roku.



11/06/2019 Winnice przy pustyni. Czy Chiny staną się winiarską potęgą? - Esquire.pl

Case 1:21-cv-09996-JGK   Document 1-3   Filed 11/24/21   Page 6 of 11



W Chinach jest co najmniej kilka regionów, które próbują specjalizować się w uprawie winorośli i produkcji wina, ale właśnie Ningxia zostało uznane przez ekspertów, nie tylko chińskich, ale też międzynarodowych, za teren o szczególnych walorach. Wpływ na to ma połączenie piaszczystej i suchej gleby, dużej wysokości nad poziomem morza, odpowiedniego nasłonecznienia, a także niewielkich opadów, co zmniejsza konieczność stosowania pestycydów. Około dziewięćdziesięciu procent tutejszych upraw to winogrona czerwone, wśród nich dominuje Cabernet Sauvignon jako najpopularniejszy szczep, dochodzą też Merlot, Marselan, Malbec, Shiraz, Pinot Noir. Jeśli chodzi o wina białe, dominuje Chardonnay i Riesling. Jakość win jest zaskakująco wysoka, biorąc pod uwagę, że kultura winiarska w tej części świata ma zaledwie trzydzieści lat. Winom z regionu Ningxia brakuje niekiedy złożoności, ale rekompensują to owocowym bogactwem, świeżością i mineralnością. Te cechy powoli stają się znakiem rozpoznawczym win z tego regionu.

## Cały tekst znajdziesz w najnowszym numerze naszego pisma

### POLECAMY

Sponsored Links by Taboola

**Confronta 60 Offerte LUCE e GAS di 20 Gestori italiani**
ComparaSemplice

**Thyssenkrupp lancia la Prima Classe dei Montascale.**
ThyssenKrupp Home Solutions

**Ecco i lavori più pagati da casa da fare anche solo con il Computer**
forexexclusiv.com

**Scopri smart british green con interni tailor-made.**
Smart un marchio Daimler

**Rilassati! Kia Service penserà a tutto!**
KIA



**Ti piace il mare? Bellaria, tuffati in famiglia! Piscina, bimbi gratis e animazione!**
Hotel Mediterraneo Bellaria

**WIECEJ DLA CIEBIE Z ESQUIRE**

by Taboola 

**Wielka gra. O rosnącej roli e-sportu w Polsce i na świecie**

**Chińskie baijiu to jeden z najpopularniejszych alkoholi świata. Co powinieneś o nim wiedzieć?**

**Cel: wakacje - Gjirokastra, kamienne miasto w Albanii**

**5 najlepszych utworów Bryana Adamsa**

## POLECANE WIDEO



## KOMENTARZE

**0 komentarzy** Sortuj według Najstarsze


Dodaj komentarz...

Wtyczka komentarzy na Facebooku

## TOP 4



● **W DŁUŻSZEJ FORMIE**

Era blogera: influencerzy w świecie męskiej mody



● **BAR WZIĘTY**

Jak powstał Heisler - fikcyjne piwo, które wystąpiło w twoich ulubionych serialach?



● **STYL**

To co wiem: Scott Schuman



● **ŻYCIE**

Cel: wakacje - Gjirokastra, kamienne miasto w Albanii





ZAMÓW PRENUMERATĘ >

## POLECANE DLA CIEBIE



● **BAR WZIĘTY**

Chińskie baijiu to jeden z najpopularniejszych alkoholi świata. Co powinieneś o nim wiedzieć?

Choć do tej pory trunek cieszył się popularnością głównie w ojczyźnie, już wkrótce może się to zmienić.



● **BAR WZIĘTY**

Amerykanin spotyka Szkota, czyli fascynująca podróż do świata amerykańskiej i szkockiej whisky

3 kwietnia 2019 roku, w Teatrze Kamienica w Warszawie, odbyło się niezwykłe spotkanie. Jego bohaterami byli Chris Fletcher, Asistant Master Distiller Jack Daniel's oraz Stewart Buchanan,...

11/06/2019 Winnice przy pustyni? Czy Chiny staną się winiarską potęgą - Esquire.pl

Case 1:21-cv-09996-JGK   Document 1-3   Filed 11/24/21   Page 10 of 11



● BAR WZIĘTY

Czy czeka nas świat bez alkoholu? Brytyjski naukowiec znalazł alternatywę

Wg twórców Alcarelle może być początkiem rewolucji, która do 2050 roku wyeliminuje z rynku tradycyjne alkohole.



● BAR WZIĘTY

Rozdano gwiazdki Michelin. Sprawdź, które polskie restauracje trafiły do Czerwonego Przewodnika

Na gwiazdkę znów zapracowały dwa warszawskie lokale.



● BAR WZIĘTY

Francis Mallmann: dziwak z Patagonii (i wizjoner gotowania)

Telewizyjne programy w stylu „Master Chef" zabiły w tobie miłość do prostego jedzenia? Oto człowiek, który to zmieni.



● BAR WZIĘTY

Marcin Popielarz: Polska potrzebuje kulinarnego patriotyzmu

Jeden z najbardziej utalentowanych polskich szefów kuchni opowiada o idealnym schabowym, kuchni kaszubskiej, porannych spacerach z psem – i o tym, co sprawia, że potrawa w restauracji jest...



## NEWSLETTER

### BĄDŹ ZAWSZE NA CZASIE

Wpisz swój adres e-mail

ZAPISZ SIĘ



ESQUIRE   KONTAKT   REGULAMIN   REDAKCJA   POLITYKA PRYWATNOŚCI   WYDAWCA   **REKLAMA**

© Marquard Media Polska 2015 - 2019 Esquire.pl

