UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTEO FAGOTTO and MATILDE GATTONI,

                      Plaintiffs,      21-cv-9996 (JGK)

      - against -                    ORDER

HEARST COMMUNICATIONS, INC. and DOES 1
THROUGH 10,

                      Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by **March 11**, 2022.

SO ORDERED.

Dated:    New York, New York
          February 23, 2022

                                              John G. Koeltl
                                       United States District Judge